**Order entered November 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01147-CV

**THE URBAN LEAGUE OF GREATER DALLAS AND NORTH CENTRAL TEXAS, INC., Appellant**

**V.**

**LARRY SHAWN D/B/A FIX MY PHONE BILL, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06156**

## ORDER

Before the Court is appellant's motion for an extension of time to pay for the clerk's and reporter's records. We **GRANT** the motion and **ORDER** appellant to file, no later than December 17, 2018, written verification it has paid or made arrangements to pay the clerk's and reporter's fees.

/s/     DAVID EVANS
           JUSTICE